Date signed August 19, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br>Sasan Foroutan,<br>            Debtor. | Case No. 08-25594PM<br>Chapter 7 |
|---|---|
| Michael G. Wolff, Chapter 7 Trustee,<br>            Plaintiff,<br><br>vs.<br><br>Sasan Foroutan and Mitra Foroutan,<br>            Defendants. | AP No. 09-00279 |

### MEMORANDUM TO MITRA FOROUTAN

     Upon review of the inadequate response filed by Defendant Mitra Foroutan (D.E. #21), the court advises Defendant Mitra Foroutan that it will direct the Clerk to enter a Default against her unless she files an answer to the complaint or otherwise defends this action (F.R.B.P. 7012) on or by August 28, 2009.

  cc:    Plaintiffs
           Defendants

End of Memorandum